CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY FRIEND (CABN 289677)
Assistant United States Attorney

    United States Attorney's Office
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7177
    E-mail: molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAHAR SAREMINAEINI,<br><br>           Plaintiff,<br><br>    v.<br><br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, *et al.,*<br><br>           Defendants. | Case No. 3:25-cv-09238 LJC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date: June 18, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom G, 15th Floor<br><br>Hon. Lisa J. Cisneros |

       Pursuant to Local Civil Rules 6-2 and 7-12, the Parties to the above action hereby stipulate to a continuance of the Case Management Conference set for June 18, 2026. Dkt. 26.

       Plaintiff filed the instant action on October 27, 2025. Dkt. 1. On April 3, 2026, Defendants filed a Motion to Dismiss, which is currently pending before this Court. This case involves the alleged delay in adjudication of Plaintiff's Form N-400, Application for Naturalization. On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* ("Policy Memorandum"). *See* https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting and

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:25-cv-09238-LJC

https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed June 5, 2026). On June 5, 2026, a District Court in Rhode Island issued a decision vacating USCIS's Policy Memorandum. *See* Ex. A (Decision in *Dorcas International Institute of Rhode Island, et al., v. United States Citizenship and Immigration Services, et al.*, 1:26-cv-00132-JJM-PAS). The parties conferred and agree a continuance of the Case Management Conference would conserve resources and allow time for USCIS to determine how it will proceed in light of this recent decision. This continuance will not impact any other deadlines currently set in this matter. As such, the Parties stipulate and respectfully request the Court continue the current Case Management Conference to July 2, 2026. The Parties will file a Joint Case Management Statement on June 25, 2026.

DATED:  May 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
Molly A. Friend
Assistant United States Attorney

Attorneys for the UNITED STATES
OF AMERICA

DATED:  May 12, 2026

Respectfully submitted,

/s/
Sahar Mousavi
LUMINA IMMIGRATION LAW,
PC

Attorney for Plaintiff

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:25-cv-09238-LJC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference scheduled for June 18, 2026, is continued to July 2, 2026.  A Joint Case Management Conference Statement is due by June 25, 2026.

Date:    June 12, 2026

_____

HON. LISA J. CISNEROS
United States Magistrate Judge

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:25-cv-09238-LJC

3