CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAHAR SAREMINAEINI,<br>Plaintiff,<br>v.<br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*,<br>Defendants. | Case No. 3:25-cv-09238 LJC<br><br>**STIPULATION TO AN EXTENSION OF TIME FOR DEFENDANTS' ANSWER; ORDER** |

On July 1, 2026, the Court denied Defendants' Motion to Dismiss and set a briefing schedule for the parties' cross motions for summary judgment, setting a due date for Defendants' answer as July 14, 2026. Dkt. No. 30. Plaintiff and Defendants now stipulate and respectfully request the Court to grant a three-day extension of time for Defendants' answer and set a due date for July 17, 2026. The parties make this request because Defendants' counsel needs a brief period of additional time to prepare their answer and have it properly reviewed before filing. The parties respectfully request that the Court grant their stipulation.

///

Dated: July 14, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 14, 2026

*/s/ Sahar Mousavi*
SAHAR MOUSAVI
Lumina Immigration Law, PC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 15, 2026

LISA J. CISNEROS
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.