CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAHAR SAREMINAEINI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-09238 LJC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER** |

On July 15, 2026, the Court granted the parties first stipulation to extension of time for Defendants' response to Plaintiff's complaint. Dkt. No. 32. Plaintiff and Defendants respectfully request the Court to grant an extension of time for Defendants' response and set a due date for August 12, 2026. On July 17, 2026, United States Citizenship and Immigration Services scheduled Plaintiff an interview on her Form N-400, Application for Naturalization for August 5, 2026. Following the interview, the parties will need additional time to discuss how to further proceed with this action. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment within 30 days of filing an Answer to the Complaint.

Dated: July 30, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 30, 2026

*/s/ Sahar Mousavi*
SAHAR MOUSAVI
Lumina Immigration Law, PC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 6, 2026

LISA J. CISNEROS
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.