CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
Sarah.Balkissoon@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAHAR SAREMINAEINI,

Plaintiff,

v.

MARKWAYNE MULLIN[1], Secretary of the United States Department of Homeland Security, *et al.*,

Defendants.

Case No. 3:25-cv-09238 LJC

**PARTIES' STIPULATION TO DISMISS**

On September 15, 2026, the Court granted the parties' request to set a deadline for Defendants' response to Plaintiff's Complaint setting Defendants' response due by September 25, 2026. Dkt. No. 38. Defendants apologize to the Court for not submitting a response due to Defendants counsel's departure and the need to transition this case. United States Citizenship and Immigration Services approved and adjudicated Plaintiff's Form N-400, Application for Naturalization and Plaintiff's oath ceremony was held on September 29, 2026.

The parties hereby stipulate to dismissal of the above-entitled action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each of the parties shall bear their own costs and

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

fees.

Dated: October 1, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney
Attorneys for Defendants

Dated: October 1, 2026

*/s/ Sahar Mousavi*
SAHAR MOUSAVI
Lumina Immigration Law, PC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 2, 2026

LISA J. CISNEROS
United States Magistrate Judge

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.